■ In the Matter of KENNETH L. BENNETT, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [702 NYS2d 926] —Order of suspension entered. Present—Green, J. P., Lawton, Hayes, Callahan and Balio, JJ. (Filed Oct. 27, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMMY HOUSE, Appellant. [698 NYS2d 175] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Green, Hayes, Pigott, Jr., and Callahan, JJ. (Filed Nov. 8, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWAIN O. JACKSON, Appellant. [698 NYS2d 174] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Robbery, 1st Degree.) Present—Lawton, J. P., Pine, Wisner, Pigott, Jr., and Scudder, JJ. (Filed Oct. 29, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN LAW, Appellant. [698 NYS2d 174] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Egan, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pigott, Jr., Hurlbutt, Scudder and Callahan, JJ. (Filed Oct. 26, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NASSER MOHAMMED, Appellant. [698 NYS2d 174] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Hayes, Hurlbutt and Balio, JJ. (Filed Nov. 8, 1999.)